# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

STEVEN LAVIGNE and PAUL LAVIGNE,   :

   Plaintiffs,   :

vs.   :   CA 10-0222-MJ-C

BRITISH PETROLEUM, PLC, et al.,   :

   Defendants.

## ORDER

This cause is before the Court on defendants BP Exploration & Production, Inc., BP America, Inc., and BP North America, Inc.'s Motion for Stay of Proceedings (Doc. 5), the joinder in the motion to stay filed by defendant Halliburton Energy Services, Inc. (Doc. 12), the plaintiffs' response (Doc. 21), and the BP defendants' reply (Doc. 27).

Upon consideration of the foregoing pleadings, the motion for stay of proceedings (Doc. 5) is **DENIED without prejudice to the defendants' ability to re-file same** after responsive pleadings have been filed. *See, e.g., Hopkins, et al. v. Transocean, Ltd., et al.,* CA 10-0221-WS-C, Doc. 12 (May 25, 2010 order denying motion to stay as premature).

**DONE** and **ORDERED** this the 27th day of May, 2010.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**